# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1148
LT Case No. 2018-DR-1764

_____

DANIEL KINGS, SR.,

    Appellant,

    v.

VERONICA SIMPSON,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Joan Anthony, Judge.

Daniel Kings, Sr., Ponte Vedra, pro se.

Deborah L. Greene, of Combs Greene, P.A., Jacksonville,
for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____